IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01414-AP

MAUREEN M. MCKENNA,

     Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.
_____

**AMENDED JOINT CASE MANAGEMENT PLAN**
_____

1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Charlotte A. Veaux<br>William A. Alexander, Jr., P.C.<br>3055 Austin Bluff's Parkway, Ste B<br>Colorado Springs, CO 80918<br>719-591-0156<br>charlotte@cospringsattorneys.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| | Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 07/07/08
   B. **Date Complaint Was Served on U.S. Attorney's Office:** 10/10/08
   C. **Date Answer and Administrative Record Were Filed:** 12/9/08

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   Plaintiff states that to the best of her knowledge, the record is complete and accurate. To the best of his knowledge, Defendant states that the record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   The parties do not anticipate submitting additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties state that this case does not raise unusual claims or defenses.

7. **OTHER MATTERS**

   The parties state that there are no other matters.

8. **BRIEFING SCHEDULE**

   A. **Plaintiffs Opening Brief Due:** 1/30/09
   B. **Defendant's Response Brief Due:** 3/3/09
   C. **Plaintiffs Reply Brief (If Any) Due:** 3/18/09

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff requests oral argument.
   B. **Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

    DATED this 6th day of January, 2009.

    　　　　　　　　　　　　　　　　　　BY THE COURT:

    　　　　　　　　　　　　　　　　　　*s/John L. Kane*
    　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE

APPROVED:

For Plaintiff:

s/ Charlotte A/ Veaux
Charlotte A. Veaux
William A. Alexander, Jr., P.C.
3055 Austin Bluff's Parkway, Ste B
Colorado Springs, CO 80918
719-591-0156
charlotte@cospringsattorneys.com

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
Debra.meachum@ssa.gov