IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **08-cv-1414-AP**

**MAUREEN M. McKENNA,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Unopposed Motion to Amend Joint Case Management Plan (doc. #13), filed January 28, 2009, is **GRANTED**. Opening brief is due February 9, 2009; response brief is due March 11, 2009; reply brief, if any, is due March 26, 2009.

Dated:  January 30, 2009