**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-01414-REB

MAUREEN M. MCKENNA

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.

**ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE
EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. SECTION 2412(d)**

The matter before me is **Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. Section 2412(d)** [#23] filed February 9, 2010.  I find that the motion is unopposed and well-taken and, thus, should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. Section 2412(d)** [#23] filed February 9, 2010, is **GRANTED**; and

2. That plaintiff is **AWARDED** attorney fees in the amount of $4,046.00.

Dated February 10, 2010, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    */s/ Robert E. Blackburn*
                                                    Robert E. Blackburn
                                                    United States District Judge